UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

In re: BAYCOL PRODUCTS LITIGATION — MDL No. 1431 (MJD/JGL)

This Document Relates To:

IONEL GLAZER, et al.

v.

BAYER AG, a Foreign Corporation, et al.

Eastern District of Michigan
No. 2:01-cv-73314

District of Minnesota
No. 01-2398 (MJD/SRN)

and

VICTOR AND JANICE MCGEE, et al.

v.

BAYER AG, a Foreign Corporation, et al.

Southern District of Mississippi
No. 1:02CV60BRR

District of Minnesota
No. 02-744 MJD

PRETRIAL ORDER NO. 14

Having considered the written submissions of the parties, the comments of counsel with respect to Plaintiffs Glazer and McGee's Motions for Extension of Time to Serve Summons, and the applicable law, IT IS HEREBY ORDERED:

The Motions for Extension of Time to Serve Summons filed by Plaintiffs in the *Glazer, et al. v. Bayer, AG, et al.* and the *McGee, et al. v. Bayer AG, et al.* actions is hereby GRANTED. Such Plaintiffs shall have until August 19, 2002 to effectuate service of process on Bayer A.G.

Dated: April 22, 2002

Michael J. Davis
United States District Judge

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK