IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

In re: BAYCOL PRODUCTS LITIGATION

MDL No. 1431 (MJD/JGL)

This Document Relates to

IONEL GLAZER

CASE NUMBER 01-CV-2398 MJD

Plaintiff,

v.

BAYER CORPORATION and BAYER AG,

Defendants.

## ORDER

**IT IS HEREBY ORDERED**, pursuant to the above Stipulation, that Plaintiff's Complaint in the above-referenced matter is hereby Dismissed with Prejudice, each party to bear its own costs and attorney fees.

MAR 16 2004

Michael J. Davis
United States District Judge

MAR 2004
FILED
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS